UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                   :
HIPOLITO NELSON HERNANDEZ,         :
                                   :   Civil Action No. 05-5182 (RBK)
            Petitioner,            :
                                   :
      v.                           :           O R D E R
                                   :
DEP'T HOMELAND SECURITY,           :
                                   :
            Respondent.            :
_____:


   For the reasons set forth in the Opinion filed herewith,

   IT IS ON THIS  3rd  day of    February   , 2006;

   ORDERED that Respondent's Motion to Dismiss (docket entry 4) is hereby GRANTED; and it is further

   ORDERED that the Petition for a Writ of Mandamus is hereby DISMISSED WITH PREJUDICE; and it is further

   ORDERED that the Clerk of the Court shall close this case.


                                    S/Robert B. Kugler
                                    ROBERT B. KUGLER
                                    United States District Judge